Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5574 | **DATE** | 9/15/2011 |
| **CASE TITLE** | Sasha Yocheved vs. Milw Police Department | | |

**DOCKET ENTRY TEXT**

For reasons set forth in the Statement portion of this order, plaintiff Sasha Yocheved's application for leave to proceed in forma pauperis [4] is denied. Yocheved is given until 10/15/2011 to pay the full $350 filing fee. Failure to comply with this deadline will result in summary dismissal of this case. Yocheved's motion for appointment of counsel [5] is denied without prejudice.

■[ For further details see text below.]   Notices mailed.

## STATEMENT

On August 16, 2011, plaintiff "Princess/Prophet Dr. Sasha Yocheved" ("Yocheved") submitted to this court a Complaint against "Milw F.B.I. / Officer Scott Norwell," "Milw Police Department," and "Dean Orley, Strattec Security Corporation," alleging violations of her constitutional rights under 42 U.S.C. §§ 1983, 1985, and 1986. In her form Complaint, Yocheved checked boxes alleging that the named defendants "searched plaintiff or [her] property without a warrant and without reasonable cause," "failed to provide plaintiff with needed medical care," and "conspired together to violate one or more of plaintiff's civil rights." (Dkt. No. 1 ("Compl.") ¶ 6.) Yocheved has not specified any date or time when these acts are alleged to have occurred.

In difficult-to-decipher handwriting, Yocheved goes on to explain that her former employer, Strattec Security Corporation, and the Milw F.B.I. "conspired and invaded [her] privacy and child's . . . by seeking character information from employee, neighbors, family, old school friends, church and pastors, and affiliates." (*Id.* ¶ 10.) She also alleges that these defendants committed a "further violation of entering Apt" and "using child's school with further intent to human traffic daughter with various klan American affiliates plus Wiccan occult affiliates." (*Id.*) Yocheved alleges that, as a result of the defendants' actions, she has suffered "severe mental illness, denial of housing, date rape, AIDS, cancer, and diabetic kidney complications." (*Id.* ¶ 12.) She also alleges that the "Wiccan human trafficking rape" of her 21-year-old daughter resulted in her daughter having "AIDS, heart/asthma, diabetic complications, years of receiving no more than $500-685 per months and fraudulent denial of college education & tuition loans, [and] Bank SBA loans," all of which caused "severe mental illness." (*Id.*)

Requests to proceed *in forma pauperis* ("IFP") are reviewed under 28 U.S.C. § 1915. To ensure that indigent litigants have meaningful access to the courts, § 1915 allows an indigent litigant to commence an action in federal court without paying the administrative costs of the lawsuit. *Denton v. Hernandez*, 504 U.S. 25, 27 (1992); *Neitzke v. Williams*, 490 U.S. 319, 324 (1988). However, the court must deny a request to

proceed IFP if (1) the allegation of poverty is untrue; (2) the action is frivolous; (3) the action fails to state a claim; or (4) the action seeks monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2). "Inconceivable" complaints setting forth claims that are "essentially fictitious" must be dismissed "out of hand," as they do not engage the jurisdiction of the federal courts. *Atkins v. City of Chi.*, 631 F.3d 823, 830 (7th Cir. 2011).

Yocheved's muddled and confusing complaint does not set forth a plausible cause of action against the named defendants. The complaint includes no details regarding the alleged search of Yocheved and her property, or how or when the defendants failed to provide Yocheved with needed medical care. The court finds Yocheved's claims regarding the defendants' intent to sell her daughter into human trafficking with "Wiccan occult affiliates" to be inconceivable and fantastic. Accordingly, Yocheved's application for leave to proceed in forma pauperis (Dkt. No. 4) is denied.

*James F. Holderman*

| | Courtroom Deputy Initials: | A.M.M. |
|---|---|---|